2287    235

STATE OF OKLAHOMA
KINGFISHER COUNTY
RECORDED OR FILED

002273

2009 JUN 12  A 10: 04

BK 2287 PAGE 235
JUDY GRELLNER
COUNTY CLERK

BY _____ DEPUTY

## LEASE

THIS LEASE entered into the **19** day of **ApRiL** 2009, Between Anita Tarralbo, having a mailing address of 2803 Meyer Drive, El Reno, Oklahoma 73036, Donna Hoehner, having a mailing address of 1280 Penny Lane, El Reno, Oklahoma, 73036 and Todd Anthony Ward, having a mailing address of 10340 NW 39th, Yukon, Oklahoma 73099, hereinafter called "Lessor," and PANHANDLE EASTERN PIPE LINE COMPANY LP, Post Office Box 4967, Houston, Texas 77210-4967, a Delaware Limited Partnership, hereinafter called "Lessee."

## WITNESSETH:

THAT Lessor does hereby lease to Lessee, its successors and assigns for the term of ten (10) years commencing on the 20th day of April, 2009, for the purposes hereinafter mentioned, a tract of land in Kingfisher County, State of Oklahoma, described as follows:

A tract of land located in the Southwest Quarter (SW ¼) of Northwest Quarter (NW ¼) of Section 9, Township 15 North, Range 5 West, of the Indian Meridian described as follows: Beginning at the Southwest corner of the Northwest Quarter of Section 9, thence North along section line a distance of 933.38 feet, thence East a distance of 933.38 feet, thence South a distance of 933.38 feet to the Quarter Section Line, thence West along Quarter Section Line a distance of 933.38 feet, to point of beginning, containing 20 acres, more or less.

Should lease be terminated, said premises are to be restored to as near as possible the condition, in which it existed prior to lease.

Lessee shall have the right to construct, maintain, repair, replace thereon, and remove therefrom such valves, meters, regulators, pipes, appurtenances and structures to house the same as its operations from time to time may require, together with the full right of ingress and egress to and from said premises, together with the right to authorize and permit any Company receiving service from Lessee through Lessee's aforesaid facilities, to construct, maintain, repair, replace thereon and remove therefrom such facilities of such Company as such Company may deem necessary or desirable in connection with the rendition of service by Lessee to such Company.

When Recorded Mail To:

Name: _Panhandle Eastern Pipe line Co._
Address: _6800 College Blvd. Ste. 100_
City: _Overland Park_
State: _KS  66211_

BOOK 2287  236

In consideration of the rights hereby granted, Lessee agrees to pay as rent the sum of Twelve Thousand Nine Hundred Dollars ($12,900.00) at the execution hereof, receipt whereof is hereby acknowledged by the Lessor, and the sum of Twelve Thousand Nine Hundred Dollars ($12,900.00) annually in advance thereafter during the term of this lease, beginning one (1) year from the commencement of said term.

Payment of all moneys becoming due hereunder may be paid as follows: Four Thousand Three Hundred Dollars ($4,300.00) as One Third (1/3rd) Payment to Anita Tarralbo, 2803 Meyer Drive, El Reno, Oklahoma 73036; Four Thousand Three Hundred Dollars ($4,300.00) as One Third (1/3rd) Payment to Donna Hoehner, 1280 Penny Lane, El Reno, Oklahoma 73036, and Four Thousand Three Hundred Dollars ($4,300.00) as One Third (1/3rd) Payment to Todd Anthony Ward, 10340 NW 39th , Yukon, Oklahoma 73099.

No change in ownership shall be binding on the Lessee until after actual notice to Lessee and it has been furnished with the written conveyance or a certified copy thereof, and any rental paid by Lessee to Lessor prior to receipt by Lessee of such actual notice of such conveyance as herein provided for shall constitute full compliance with the rental obligations of Lessee hereunder and shall in all respects be binding upon any grantee of Lessor failing to notify Lessee in the manner provided herein of any such change of ownership.

Lessor acknowledges that the facilities to be operated and maintained by Lessee on the leased premises are a part of Lessee's interstate natural gas pipeline system installed, operated and maintained pursuant to certificates of public convenience and necessity issued by the Federal Energy Regulatory Commission ("FERC") and are subject to the primary jurisdiction of the FERC under the Natural Gas Act; and as a result, the facilities may not be lawfully removed by Lessee at the end of the primary lease term. Lessor and Lessee agree that beginning six (6) months prior to the end of the primary term of this lease; they will negotiate in good faith an extension of the primary lease term and a fee for such extended lease period. In the event Lessor and Lessee are unable to agree on a fee for the extended lease term, they agree to submit the matter to a qualified neutral appraiser for a determination of the fair market lease value for the leased premises for the extended lease term, and such appraisal shall become the fee payable by Lessee to Lessor for the extended lease term; provided, that such fee shall not be lower than the fee in effect on the last day of the primary term of the lease. Nothing herein shall be deemed as a waiver by Lessee of any of its rights under applicable federal or state law, including the right of eminent domain, in the event Lessor and Lessee are unable to agree on an extension of the lease.

In the event Lessee ceases to occupy said premises for the purpose above recited and removes its property therefrom, said Lessee may terminate this lease by giving to Lessor ten days notice in writing of its desire and intention by paying to the Lessor the sum of One Dollar ($1.00) and releasing the same of record, if the same has been recorded. Thereupon Lessee shall be released from and relieved of all liability and responsibility on account hereof, but no rent paid in advance shall be rebated by reason of such termination.

This agreement shall be binding upon the parties, their heirs, personal representatives, successors and assigns.

LESSOR

_____

Anita Tarralbo

_____

Donna Hoehner

_____

Todd Anthony Ward

STATE OF OKLAHOMA    )
                     )ss
COUNTY OF            )

     Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Anita Tarralbo, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

     In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.

_____

Notary Public

My Commission expires _____.

2287    238

This agreement shall be binding upon the parties, their heirs, personal representatives, successors and assigns.

LESSOR:

*Anita Tarralbo* (signature)
Anita Tarralbo

*Donna Hoehner* (signature)
Donna Hoehner

_____
Todd Anthony Ward


STATE OF OKLAHOMA )
                                        )ss
COUNTY OF Oklahoma

Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Anita Tarralbo, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.

*Stachia Ramsey* (signature)
Notary Public

[Notary Seal: STACHIA L. RAMSEY, # 07002779, EXP. 03/20/11, NOTARY PUBLIC, STATE OF OKLAHOMA]

My Commission expires 03/20/2011

BOOK PAGE

2287  239

STATE OF OKLAHOMA    )
                     )ss
COUNTY OF *Oklahoma*

Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Donna Hoehner, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.

Notary Public

My Commission Expires: 03/20/2011.

STATE OF OKLAHOMA    )
                     )ss
COUNTY OF *Oklahoma*

Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Todd Anthony Ward, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.

_____
Notary Public

My Commission Expires:_____.

Lease B-249
Cashion Compressor Station

This instrument prepared by John Grube, Panhandle Eastern Pipe Line LP, P O Box 4967, Houston, TX 77210-4967

BOOK  PAGE

2287  240

STATE OF OKLAHOMA )
          )ss
COUNTY OF     )

   Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Donna Hoehner, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

   In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.


                   _____
                      Notary Public


My Commission Expires:_____.

STATE OF OKLAHOMA )
          )ss
COUNTY OF *Canadian* )

   Before me, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Todd Anthony Ward, known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

   In testimony whereof, I have hereunto subscribed my name and affixed my official seal, on the day and year last above written.


                   _____
                      Notary Public


My Commission Expires: 3/6/2010

State of Oklahoma
KENDRA WOOD
Commission #06002468
Expires: March 06, 2010


Lease B-249
Cashion Compressor Station

This instrument prepared by John Grube, Panhandle Eastern Pipe Line LP, P O Box 4967, Houston, TX 77210-4967